UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


JA QUAY EL DERRICK ROBERSON,                    Civil No.  07-318 JNE/AJB

       Petitioner,


       v.                                    O R D E R

DIRECTOR SINER, and
JOAN FABIAN,

       Respondents.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 25,  2007, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1.  Petitioner's application for a writ of habeas corpus, (Docket No. 1), is DENIED;

2.  Petitioner's application to proceed in forma pauperis, (Docket No. 2), is DENIED; and

3.  This action is DISMISSED WITH PREJUDICE.


DATED:  February 27, 2007.


s/  Joan N. Ericksen
Judge Joan N. Ericksen
U. S. District Court